UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD A. GIPSON,<br><br>    Petitioner,<br><br>    v.<br><br>JOSEPHINE GASTELO,<br><br>    Respondent. | Case No. 20-cv-05861-SI<br><br>**ORDER FOR AMENDMENT TO AMENDED PETITION**<br><br>Re: Dkt. No. 8 |

Petitioner filed a petition for writ of habeas corpus in which he presented three claims. The court issued an order to show cause why the petition should not be granted. Thereafter, petitioner filed a "motion for stay and abeyance," in which he sought a 60-day stay so that he could file an amended petition that would expand on his ineffective-assistance-of-counsel claim. Docket No. 8. Petitioner later filed an amended petition. Docket No. 12.

Petitioner's "motion for stay and abeyance" is construed to be a request for permission to file an amended petition within 60 days and is GRANTED. Docket No. 8. The amended petition filed on October 16, 2020 (Docket No. 12) is accepted and deemed to have been timely filed.

There is a problem with the amended petition, however: some of the pages are unreadable. The amended petition, like the original petition, includes a copy of the petition for review filed in the California Supreme Court that sets out petitioner's three claims. But the amended petition also includes 18 pages of new typed text discussing his ineffective-assistance-of-counsel claim inserted between pages 24 and 25 of the petition for review. The typing on the 18-page insert (Docket No. 12-2 at 20-37) starts off light and after about four pages becomes so faint that it is unreadable. Accordingly, no later than **December 4, 2020**, petitioner must file a replacement copy of the 18-page insert that is dark enough to read. Petitioner can file a legible copy of the 18-page insert with

a cover page that has the case name and number and is labelled as a "amendment to amended petition."

In light of the need to wait for that amendment, the court now sets the following new briefing schedule: Respondent must file and serve his response to the order to show cause no later than **January 22, 2021**. Petitioner must file and serve his traverse no later than **March 5, 2021**.

**IT IS SO ORDERED**.

Dated: November 10, 2020

SUSAN ILLSTON
United States District Judge