UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD A. GIPSON,<br><br>        Petitioner,<br><br>    v.<br><br>JOSEPHINE GASTELO,<br><br>        Respondent. | Case No. 20-cv-05861-SI<br><br>**ORDER EXTENDING DEADLINES**<br><br>Re: Dkt. No. 16 |

Respondent has filed a request for an extension of the deadline to respond to the amended petition for writ of habeas corpus. Upon due consideration of the request and accompanying declaration of attorney Michele Swanson, the request is GRANTED. Docket No. 16. Respondent must file and serve her response to the amended petition no later than **March 26, 2021.** Petitioner must file and serve his traverse no later than **May 7, 2021**.

**IT IS SO ORDERED**.

Dated: February 5, 2021

_____
SUSAN ILLSTON
United States District Judge