UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GERALD A. GIPSON,

    Petitioner,

v.

JOSEPHINE GASTELO,

    Respondent.

Case No. 20-cv-05861-SI

**JUDGMENT**

This action for writ of habeas corpus is dismissed without prejudice to petitioner filing a new action for writ of habeas corpus after he is resentenced and any appeal from the resentencing concludes.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: May 13, 2021

_____
SUSAN ILLSTON
United States District Judge